UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE STATE OF TEXAS; GREG ABBOTT, in his official capacity as Governor of Texas; TEXAS DEPARTMENT OF PUBLIC SAFETY; STEVEN C. MCCRAW, in his official capacity as Director of Texas Department of Public Safety,<br><br>    *Defendants*. | Case No. 1:24-cv-00008-RP |

**JOINT MOTION FOR BRIEFING SCHEDULE**

In this case, the United States challenges the constitutionality of Texas's recently enacted law, Senate Bill 4.  *See* Compl., ECF No. 1.  In seeking to enjoin Texas from enforcing SB 4, the United States plans to file a motion for preliminary and permanent injunction.  The parties have conferred and agreed to a briefing schedule with page limits set forth below that will allow this Court to resolve the motion before SB 4 takes effect on March 5, 2024.  The parties therefore respectfully request that the Court enter the following agreed-upon schedule with the noted page limits:

| Brief | Date | Page Limit |
|---|---|---|
| United States' motion | January 12, 2024 | 40 pages |
| Defendants' opposition | February 2, 2024 | 40 pages |
| United States' reply | February 12, 2024 | 20 pages |

A proposed order is attached.

1

| | |
|---|---|
| DATED:  January 11, 2024 | Respectfully submitted, |
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General | **Ken Paxton**<br>Attorney General |
| JAIME ESPARZA<br>United States Attorney | **Brent Webster**<br>First Assistant Attorney General |
| ALEXANDER K. HAAS<br>Director<br>Federal Programs Branch | **Grant Dorfman**<br>Deputy First Assistant Attorney General |
| JEAN LIN<br>Special Litigation Counsel<br>Federal Programs Branch | **Ralph Molina**<br>Deputy Attorney General for Legal Strategy |
| /s/ Stephen Ehrlich<br>STEPHEN EHRLICH<br>KUNTAL CHOLERA<br>Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC  20005<br>Phone:  (202) 305-9803<br>Email:   stephen.ehrlich@usdoj.gov | /s/ Ryan D. Walters<br>**Ryan D. Walters**<br>Chief, Special Litigation Division<br>Tex. State Bar No. 24105085<br><br>**David Bryant**<br>Special Counsel<br>Tex. State Bar No. 03281500<br><br>**Munera Al-Fuhaid**<br>Special Counsel<br>Tex. State Bar No. 24094501<br><br>**Jacob E. Przada**<br>Special Counsel<br>Tex. State Bar No. 24125371 |
| Samuel M. Shapiro<br>Assistant United States Attorney<br>601 N.W. Loop 410, Suite 600<br>San Antonio, TX 78216<br>samuel.shapiro@usdoj.gov<br>Tel: (210) 384-7392<br><br>*Attorneys for the United States* | Office of the Attorney General of Texas<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Ryan.Walters@oag.texas.gov<br>David.Bryant@oag.texas.gov<br>Munera.Al-fuhaid@oag.texas.gov<br>Jacob.Przada@oag.texas.gov<br><br>**Counsel for Defendants** |