**FILED**
January 12, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

THE STATE OF TEXAS; GREG ABBOTT, in his official capacity as Governor of Texas; TEXAS DEPARTMENT OF PUBLIC SAFETY; STEVEN C. MCCRAW, in his official capacity as Director of Texas Department of Public Safety,

*Defendants*.

Case No. 1:24-cv-00008-RP

## ORDER SETTING BRIEFING SCHEDULE

Upon consideration of the parties' Joint Proposed Briefing Schedule, it is hereby **ORDERED** that the following schedule and page limits shall govern the United States' forthcoming motion for preliminary and permanent injunction:

| Brief | Date | Page Limit |
| --- | --- | --- |
| United States' motion | January 12, 2024 | 40 pages |
| Defendants' opposition | February 2, 2024 | 40 pages |
| United States' reply | February 12, 2024 | 20 pages |

**IT IS SO ORDERED**.

Dated: January 12, 2024

Robert Pitman
United States District Judge