UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | CIVIL NO: |
| vs. | § | AU:24-CV-00008-RP |
| | § | |
| State of Texas, Greg Abbott, Texas Department Of Public Safety, Steven C. McCraw | § | |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRELIMINARY INJUNCTION HEARING** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Tuesday, February 13, 2024 at 09:00 AM**.

IT IS SO ORDERED this 12th day of January, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE