# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE STATE OF TEXAS; GREG ABBOTT, in his official capacity as Governor of Texas; TEXAS DEPARTMENT OF PUBLIC SAFETY; STEVEN C. MCCRAW, in his official capacity as Director of Texas Department of Public Safety,<br><br>    *Defendants*. | Case No. 1:24-cv-00008-RP |

## [PROPOSED] ORDER

Upon consideration of the United States' motion for preliminary and permanent injunction, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that SB 4 is declared invalid because it violates the Supremacy Clause and the Commerce Clause;

It is further **ORDERED** that Defendants—as well as their agencies, components, successors, officers, agents, servants, employees, attorneys, and any other persons in active concert or participation with those entities or individuals—are **ENJOINED** from enforcing SB 4.

**IT IS SO ORDERED**.

Dated: _____, 2024

_____
Robert Pitman
United States District Judge