IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*PLAINTIFF,*<br><br>v.<br><br>**THE STATE OF TEXAS; GREG ABBOTT IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; TEXAS DEPARTMENT OF PUBLIC SAFETY; STEVEN MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF TEXAS DEPARTMENT OF PUBLIC SAFETY,**<br><br>*DEFENDANTS.* | **CASE NO. 1:24-CV-00008-RP** |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants the State of Texas; Greg Abbott, in his official capacity as Governor of Texas; the Texas Department of Public Safety; and Steven C. McCraw, in his official capacity as Director of the State of Texas Department of Public Safety, file this Notice of Appearance and hereby notify the Court that Heather L. Dyer appears as counsel in the above-captioned case along with counsel listed below. Heather L. Dyer is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. Her contact information is contained in the signature block:

| | |
|---|---|
| Date: January 14, 2024 | Respectfully submitted. |
| **KEN PAXTON**<br>Attorney General | **RYAN D. WALTERS**<br>Chief, Special Litigation Division<br>Tex. State Bar No. 24105085 |
| **BRENT WEBSTER**<br>First Assistant Attorney General | **DAVID BRYANT**<br>Special Counsel<br>Tex. State Bar No. 03281500 |
| **GRANT DORFMAN**<br>Deputy First Assistant Attorney General | **MUNERA AL-FUHAID**<br>Special Counsel<br>Tex. State Bar No. 24094501 |
| **RALPH MOLINA**<br>Deputy Attorney General for Legal Strategy | */s/Heather L. Dyer*<br>**HEATHER L. DYER**<br>Special Counsel<br>Tex. State Bar No. 24123044 |
| | **JACOB E. PRZADA**<br>Special Counsel<br>Tex. State Bar No. 24125371 |
| | OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Ryan.Walters@oag.texas.gov<br>David.Bryant@oag.texas.gov<br>Munera.Al-fuhaid@oag.texas.gov<br>Heather.Dyer@oag.texas.gov<br>Jacob.Przada@oag.texas.gov |
| | **COUNSEL FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 14, 2024 and that all counsel of record were served by CM/ECF.

*/s/Heather L. Dyer*
**HEATHER L. DYER**