# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | |
| v. | **CASE NO. 1:24-CV-00008-RP** |
| **THE STATE OF TEXAS; GREG ABBOTT** in his official capacity as **GOVERNOR OF TEXAS; TEXAS DEPARTMENT OF PUBLIC SAFETY; STEVEN C. MCCRAW,** in his official capacity as **DIRECTOR OF TEXAS DEPARTMENT OF PUBLIC SAFETY,** | |
| *Defendants.* | |

## Defendants' Unopposed Motion for a Stay of their Deadline to Respond to the Complaint

Defendants respectfully request a stay of their deadline to file a response to the complaint in this case, which would otherwise be due January 26, 2023, until 30 days after the Court rules on Plaintiff's pending Motion for Preliminary and Permanent Injunction (ECF No. 14). Defendants have conferred with Plaintiff concerning this motion, and it is unopposed.

Good cause exists for such a stay. The Court's resolution of Plaintiff's Motion for Preliminary and Permanent Injunction is likely to substantially affect subsequent proceedings in this litigation. Accordingly, extending the time for Defendants to answer or otherwise respond until 30 days after the Court resolves that motion will likely conserve the Parties' and the Court's resources. No previous extensions have been sought or granted. A proposed order is attached.

| | |
|---|---|
| Date: January 19, 2024 | Respectfully submitted. |
| | |
| **KEN PAXTON** | */s/Ryan D. Walters* |
| Attorney General | **RYAN D. WALTERS** |
| | Chief, Special Litigation Division |
| **BRENT WEBSTER** | Tex. State Bar No. 24105085 |
| First Assistant Attorney General | |
| | **DAVID BRYANT** |
| **GRANT DORFMAN** | Special Counsel |
| Deputy First Assistant Attorney General | Tex. State Bar No. 03281500 |
| | |
| **RALPH MOLINA** | **MUNERA AL-FUHAID** |
| Deputy Attorney General for Legal Strategy | Special Counsel |
| | Tex. State Bar No. 24094501 |
| | |
| | **HEATHER L. DYER** |
| | Special Counsel |
| | Tex. State Bar No. 24123044 |
| | |
| | **JACOB E. PRZADA** |
| | Special Counsel |
| | Tex. State Bar No. 24125371 |
| | |
| | OFFICE OF THE ATTORNEY GENERAL OF TEXAS |
| | Special Litigation Division |
| | P.O. Box 12548, Capitol Station |
| | Austin, Texas 78711-2548 |
| | Tel.: (512) 463-2100 |
| | Ryan.Walters@oag.texas.gov |
| | David.Bryant@oag.texas.gov |
| | Munera.Al-fuhaid@oag.texas.gov |
| | Heather.Dyer@oag.texas.gov |
| | Jacob.Przada@oag.texas.gov |
| | |
| | **COUNSEL FOR DEFENDANTS** |

## Certificate of Conference

I certify that I conferred via telephone and e-mail with Stephen Ehrlich, counsel for Plaintiff, on January 17, 2024, and he informed me that Plaintiff does not oppose this motion.

*/s/ Ryan D. Walters*
Ryan D. Walters

## Certificate of Service

On January 19, 2024, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

*/s/ Ryan D. Walters*
Ryan D. Walters