IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**THE STATE OF TEXAS; GREG ABBOTT** in his official capacity as **GOVERNOR OF TEXAS; TEXAS DEPARTMENT OF PUBLIC SAFETY; STEVEN C. MCCRAW,** in his official capacity as **DIRECTOR OF TEXAS DEPARTMENT OF PUBLIC SAFETY,**<br><br>*Defendants.* | **CASE NO. 1:24-CV-00008-RP** |

### [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR A STAY OF THEIR DEADLINE TO RESPOND TO THE COMPLAINT

Before the Court is the Defendants' Unopposed Motion for a Stay of Their Deadline to Respond to the Complaint. After consideration of the motion, record, and relevant authorities, the Court hereby **GRANTS** the Motion and **STAYS** the deadline to file a response to the complaint in this case until 30 days after the Court rules on Plaintiff's pending Motion for Preliminary and Permanent Injunction (ECF No. 14).

**SO ORDERED** this ___ day of January, 2024.

_____
Robert Pitman
UNITED STATES DISTRICT JUDGE