# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | |
| v. | **CASE NO. 1:24-CV-00008-RP** |
| **THE STATE OF TEXAS; GREG ABBOTT IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; TEXAS DEPARTMENT OF PUBLIC SAFETY; STEVEN C. MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF TEXAS DEPARTMENT OF PUBLIC SAFETY,** | |
| *Defendants.* | |

## DEFENDANTS' NOTICE OF UNOPPOSED MOTION TO CONSOLIDATE IN RELATED CASE

Defendants provide notice to the Court that this lawsuit is one of two pending cases in the Austin Division of the Western District of Texas challenging Texas's law known as S.B. 4. The other case is *Las Americas Immigrant Advocacy Center v. McCraw*, No. 1:23-cv-1537-DII (W.D. Tex.) (filed on December 19, 2024).

Pursuant to the Fifth Circuit's first-to-file rule, Defendants filed the Unopposed Motion to Consolidate in the *Las Americas* case (attached as Exhibit A). As explained in the Motion, as the court where suit was first filed, it is the duty of the *Las Americas* court to determine if the issues presented in this case substantially overlap and, if they do, what to do with the subsequently filed case. *Mann Mfg., Inc. v. Hortex, Inc.*, 439 F.2d 403, 408 (5th Cir. 1971).

Date: January 19, 2024

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

Respectfully submitted.

*/s/Ryan D. Walters*
**RYAN D. WALTERS**
Chief, Special Litigation Division
Tex. State Bar No. 24105085

**DAVID BRYANT**
Special Counsel
Tex. State Bar No. 03281500

**MUNERA AL-FUHAID**
Special Counsel
Tex. State Bar No. 24094501

**HEATHER L. DYER**
Special Counsel
Tex. State Bar No. 24123044

**JACOB E. PRZADA**
Special Counsel
Tex. State Bar No. 24125371

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Ryan.Walters@oag.texas.gov
David.Bryant@oag.texas.gov
Munera.Al-fuhaid@oag.texas.gov
Heather.Dyer@oag.texas.gov
Jacob.Przada@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 19, 2024 and that all counsel of record were served by CM/ECF.

*/s/Ryan D. Walters*
**RYAN D. WALTERS**