IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-8-RP |
| STATE OF TEXAS, GREG ABBOTT, *in his official capacity as Governor of Texas*, TEXAS DEPARTMENT OF PUBLIC SAFETY, and STEVEN C. MCCRAW, *in his official capacity as Director of Texas Department of Public Safety*, | § § § § § § § § | |
| Defendants. | § § | |

**ORDER**

**IT IS ORDERED** that this action is **REASSIGNED** to the docket of the Honorable David Ezra, United States District Judge for the Western District of Texas.

**SIGNED** on January 30, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE