# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America, | § § | |
| Plaintiff, | § | NO: AU:24-CV-00008-DAE |
| vs. | § § | |
| State of Texas, et al. | § § | |
| Defendants. | § § | |

## ORDER SETTING STATUS CONFERENCE

It is hereby ORDERED that the above entitled and numbered case is set for a STATUS CONFERENCE before Senior U.S. District Judge David A. Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, February 01, 2024 at 11:15 AM**.

IT IS SO ORDERED.

DATED: Austin, Texas January 31, 2024.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE