UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America, et al. | § § | |
| Plaintiffs, | § | NO:  AU:24-CV-00008-DAE |
| vs. | § § | |
| State of Texas, et al. | § § | |
| Defendants. | § § | |

## ORDER SETTING MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION HEARING

It is hereby ORDERED that the above entitled and numbered case is set for a **in person** hearing on the pending MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION (Dkt no. 14) before Senior U.S. District Judge David A. Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, February 15, 2024 at 09:00 AM**.

IT IS FURTHER ORDERED that the following schedule and page limits be followed by the parties.

- Response to the pending motion, no more than 65 pages, is due to the Court no later than February 7, 2024

- Reply to the pending motion, no more than 20 pages per party, is due to the

Court no later than February 15, 2024

    IT IS SO ORDERED.

    DATED: Austin, Texas February 02, 2024.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE