IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | \| |
| Plaintiff, | \| |
| v. | \| Case No. 1:24-cv-00008-DAE |
| THE STATE OF TEXAS; GREG ABBOTT IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; TEXAS DEPARTMENT OF PUBLIC SAFETY STEVEN MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF TEXAS DEPARTMENT OF PUBLIC SAFETY, | \| |
| Defendants. | \| |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant BILL D. HICKS, in his official capacity as District Attorney for the 34th District, files this Notice of Appearance and hereby notifies the Court that Francisco J. Ortega of ScottHulsePC appears as his counsel in the above-captioned case. Francisco J. Ortega is a member in good standing with the State Bar of Texas and is authorized to practice law in the Western District of Texas. His contact information is set out in the signature block below:

Respectfully submitted,

**SCOTTHULSE<sup>PC</sup>**
One San Jacinto Plaza
201 E. Main Dr., Ste. 1100
P.O. Box 99123
El Paso, Texas  79999-9123
(915) 533-2493
(915) 546-8333 Telecopier

By: */s/ Francisco J. Ortega*
**FRANCISCO J. ORTEGA**
State Bar No. 24060365
fort@scotthulse.com
*Attorney for Defendant Bill D. Hicks*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 9, 2024, and that all counsel of record were served by CM/ECF.

*/s/ Francisco J. Ortega*_____
Francisco J. Ortega