# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | No. 1:24-cv-00008-DAE <br> (lead case) |
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN C. MCCRAW, *et al.*, <br><br> Defendants. | No. 1:23-cv-01537-DAE <br> (consolidated case) |

## ORDER

Pending before the Court is the unopposed motion of U.S. Representatives Arrington, *et al.*, for leave to file a brief as *amici curiae* in opposition to Plaintiffs' motions for injunctive relief. After reviewing the motion, the record and the applicable law, the Court is of the opinion that it should be **GRANTED**. It is SO ORDERED.

SIGNED this February \_\_\_\_, 2024.

                                                               **DAVID ALAN EZRA**
                                     **Senior United States District Judge**