# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*PLAINTIFFS,*<br><br>v.<br><br>THE STATE OF TEXAS; GREG ABBOTT IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; TEXAS DEPARTMENT OF PUBLIC SAFETY; STEVEN MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF TEXAS DEPARTMENT OF PUBLIC SAFETY<br><br>*DEFENDANTS.* | CASE NO. 1:24-CV-00008-DAE (LEAD CASE)<br><br>CONSOLIDATED WITH 1:23-CV-1537-DAE |

## STATE DEFENDANTS' NOTICE OF APPEAL

Defendants State of Texas, Greg Abbott in his official capacity as Governor of Texas, the Texas Department of Public Safety, and Steven McCraw in his official capacity as Director of Texas Department of Public Safety (State Defendants) appeal to the United States Court of Appeals for the Fifth Circuit from the trial court's Order signed on February 29, 2024 (Dkt. 42), granting Plaintiffs' Motions for Preliminary Injunction.

1

Date: February 29, 2024

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

Respectfully submitted.

*/s/Ryan D. Walters*
**RYAN D. WALTERS**
Chief, Special Litigation Division
Tex. State Bar No. 24105085

**AMY SNOW HILTON**
Special Counsel
Texas Bar No. 24097834

**MUNERA AL-FUHAID**
Special Counsel
Tex. State Bar No. 24094501

**HEATHER L. DYER**
Special Counsel
Tex. State Bar No. 24123044

**JACOB E. PRZADA**
Special Counsel
Tex. State Bar No. 24125371

**KYLE TEBO**
Assistant Attorney General
Tex. State Bar No. 24137691

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Ryan.Walters@oag.texas.gov
Amy.Hilton@oag.texas.gov
Munera.Al-fuhaid@oag.texas.gov
Heather.Dyer@oag.texas.gov
Jacob.Przada@oag.texas.gov
Kyle.Tebo@oag.texas.gov

**COUNSEL FOR DEFENDANTS
STATE OF TEXAS, GREG ABBOTT, TEXAS
DEPARTMENT OF PUBLIC SAFETY, AND STEVEN
C. MCCRAW**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 29, 2024 and that all counsel of record were served by CM/ECF.

*/s/ Ryan D. Walters*
Ryan D. Walters