IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

LAS AMERICAS IMMIGRANT
ADVOCACY CENTER; AMERICAN
GATEWAYS; and THE COUNTY OF EL
PASO, TEXAS,
Plaintiffs,

v.                                          Cause No. 1:23-cv-1537

STEVEN C. MCCRAW, in his official
capacity as Director of the State of Texas
Department of Public Safety, and BILL
HICKS, in his official capacity as District
Attorney for the 34th District,
Defendants.

ORDER ON MOTION FOR LEAVE TO FILE STARR'S REPLY
TO PARTIES OBJECTION TO STARR'S INTERVENTION

The Clerk shall file stamp the above motion.


JUDGE_____

DATED_____