**FILED**
February 29, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ps_____
              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § § vs. § § STATE OF TEXAS, GREG ABBOTT, § *in his official capacity as Governor of Texas*, TEXAS DEPARTMENT OF § PUBLIC SAFETY, and STEVEN C. § MCCRAW, *in his official capacity as Director of Texas Department of Public Safety*, § § Defendants. § | No. 1:24-CV-8-DAE (lead case) |
| LAS AMERICAS IMMIGRANT § ADVOCACY CENTER, AMERICAN § GATEWAYS, and COUNTY OF EL § PASO, TEXAS, § § Plaintiffs, § § vs. § § STEVEN C. MCCRAW, *in his official capacity as Director of Texas Department of Public Safety*, and BILL § D. HICKS, *in his official capacity as District Attorney for the 34th District*, § § Defendants. § | No. 1:23-CV-1537-DAE (consol. case) |

## ORDER GRANTING LEAVE TO FILE AMICUS BRIEFS

**IT IS ORDERED** that the motions for leave to file an amicus brief by Advocates for Victims of Illegal Alien Crime, (Dkt. 26), United States Representatives Jodey C. Arrington, et al., (Dkt. 31), and Harris County, Texas, (Dkt. 34), are **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file the attached amicus briefs, (Dkts. 26-1, 31-1, and 34-1).

**DATED**: Austin, Texas, February 29, 2024.

_____
David Alan Ezra
Senior United States District Judge