FILED
March 02, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 2, 2024
Lyle W. Cayce
Clerk

No. 24-50149

────────────

UNITED STATES OF AMERICA,

                                             *Plaintiff—Appellee*,

*versus*

STATE OF TEXAS; GREG ABBOTT, *in his official capacity as Governor of Texas*; TEXAS DEPARTMENT OF PUBLIC SAFETY; STEVEN C. MCCRAW, *in his official capacity as Director of Texas Department of Public Safety*,

                                             *Defendants—Appellants*,

────────────

LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; COUNTY OF EL PASO, TEXAS,

                                             *Plaintiffs—Appellees*,

*versus*

STEVEN C. MCCRAW, *in his official capacity as Director of the State of Texas Department of Public Safety*,

                                             *Defendant—Appellant.*

No. 24-50149

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:24-CV-8  DAE
USDC No. 1:23-CV-1537  DAE

_____

UNPUBLISHED ORDER

Before CLEMENT, ENGELHARDT, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

    IT IS ORDERED that a temporary administrative stay is GRANTED. The Appellees' request to stay the temporary administrative stay for seven days following the date hereof pending an application to the Supreme Court of the United States is GRANTED.

    IT IS FURTHER ORDERED that this appeal is EXPEDITED to the next available Oral Argument Calendar.

    IT IS FURTHER ORDERED that Appellants' opposed motion for a stay pending appeal is deferred to the oral argument merits panel that receives this case.

---

[*] JUDGE RAMIREZ would not grant a temporary administrative stay and would defer the question to the oral argument merits panel that receives this case.

2

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 02, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-50149   USA v. State of Texas
                    USDC No. 1:24-CV-8
                    USDC No. 1:23-CV-1537

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Christina Rachal*
                        By: _____
                        Christina C. Rachal, Deputy Clerk
                        504-310-7651

Ms. Munera Al-Fuhaid
Mr. Spencer Amdur
Mr. Anand Balakrishnan
Mr. Maxwell A. Baldi
Ms. Jo Anne Bernal
Mr. Brian Boynton
Mr. Philip Devlin
Ms. Heather Lee Dyer
Ms. Tamara Goodlette
Mr. Daniel Hatoum
Ms. Amy Snow Hilton
Ms. Kateland R. Jackson
Mr. Omar C. Jadwat
Ms. Jean Lin
Mr. Joseph N. Mazzara
Mr. Aaron Lloyd Nielson
Mr. Leif Eric Overvold
Ms. Adriana Cecilia Pinon
Mr. Jacob Przada
Mr. Samuel M. Shapiro
Mr. Kyle Tebo
Mr. Daniel Bentele Hahs Tenny
Mr. Ryan Daniel Walters
Mr. Coy Allen Westbrook
Mr. Cody Wofsy