# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 1:24-cv-00008-DAE (LEAD CASE) |
| THE STATE OF TEXAS; GREG ABBOTT IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; TEXAS DEPARTMENT OF PUBLIC SAFETY STEVEN MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF TEXAS DEPARTMENT OF PUBLIC SAFETY, | CONSOLIDATED WITH 1:23-CV-1537-DAE |
| Defendants. | |

## DEFENDANT BILL D. HICKS, IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 34TH DISTRICT'S NOTICE OF APPEAL

Defendant BILL D. HICKS, in his official capacity as District Attorney for the 34th District, appeals to the United States Court of Appeals for the Fifth Circuit the trial court's Order signed on February 29, 2024 (Dkt. 42) granting Plaintiffs' Motions for Preliminary Injunction.

Respectfully submitted,

**SCOTTHULSE<sup>PC</sup>**
One San Jacinto Plaza
201 E. Main Dr., Ste. 1100
P.O. Box 99123
El Paso, Texas  79999-9123
(915) 533-2493
(915) 546-8333 Telecopier

By: */s/ Francisco J. Ortega*
**FRANCISCO J. ORTEGA**
State Bar No. 24060365
fort@scotthulse.com
*Attorney for Defendant Bill D. Hicks*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 8, 2024, and that all counsel of record were served by CM/ECF.

                                                  */s/ Francisco J. Ortega*_____
                                                  Francisco J. Ortega