# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>The State of Texas; Greg Abbott in his official capacity as Governor of Texas; Texas Department of Public Safety; Steven C. McCraw, in his official capacity as Director of Texas Department of Public Safety,<br><br>    Defendants. | Case No. 1:24-cv-00008-DAE (lead case)<br><br>Consolidated with 1:23-cv-1537-DAE |

### Defendants' Unopposed Motion for Extension of Time to Respond to Complaint of Plaintiff United States

Defendants State of Texas; Greg Abbott, in his official capacity as Governor of Texas; Texas Department of Public Safety; and Steven C. McCraw, in his official capacity as Director of Texas Department of Public Safety, respectfully request a thirty-day extension to respond to the Complaint of Plaintiff United States in Case No. 1:23-cv-1537, which would otherwise be due April 1, 2024 (per Text Order entered on January 22, 2024). Defendants have conferred with Plaintiff United States concerning this motion, and it is unopposed.

Good cause exists for an extension. Currently, the grant of a preliminary injunction by this Court has been appealed, with proceedings currently ongoing in the U.S. Court of Appeals for the Fifth Circuit. ECF No. 49. Accordingly, extending the time for Defendants to respond to the Complaint of Plaintiff United States by thirty days will conserve the parties' and the Court's resources. A proposed order is attached.

| | |
|---|---|
| Date: March 19, 2024 | Respectfully submitted. |
| **KEN PAXTON** <br> Attorney General | **AMY SNOW HILTON** <br> Special Counsel <br> Texas Bar No. 24097834 |
| **BRENT WEBSTER** <br> First Assistant Attorney General | **MUNERA AL-FUHAID** <br> Special Counsel <br> Tex. State Bar No. 24094501 |
| **RALPH MOLINA** <br> Deputy Attorney General for Legal Strategy | **HEATHER L. DYER** <br> Special Counsel <br> Tex. State Bar No. 24123044 |
| */s/Ryan D. Walters* <br> **RYAN D. WALTERS** <br> Chief, Special Litigation Division <br> Tex. State Bar No. 24105085 | **JACOB E. PRZADA** <br> Special Counsel <br> Tex. State Bar No. 24125371 |

**KYLE S. TEBO**
Assistant Attorney General
Tex. State Bar No. 24137691

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Ryan.Walters@oag.texas.gov
Amy.Hilton@oag.texas.gov
Munera.Al-fuhaid@oag.texas.gov
Heather.Dyer@oag.texas.gov
Jacob.Przada@oag.texas.gov
Kyle.Tebo@oag.texas.gov

**COUNSEL FOR DEFENDANTS**
**STATE OF TEXAS, GREG ABBOTT, TEXAS DEPARTMENT OF PUBLIC SAFETY, AND STEVEN C. MCCRAW**

### CERTIFICATE OF CONFERENCE

I certify that I conferred via e-mail with Kuntal Cholera, counsel for Plaintiff United States, on March 19, 2024, who indicated that it is unopposed to this motion.

*/s/ Ryan D. Walters*
RYAN D. WALTERS

### CERTIFICATE OF SERVICE

On March 19, 2024, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

*/s/ Ryan D. Walters*
RYAN D. WALTERS