**FILED**
March 19, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_\_klw\_\_\_\_\_
DEPUTY

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 19, 2024
Lyle W. Cayce
Clerk

No. 24-50149

United States of America,

*Plaintiff—Appellee*,

versus

State of Texas; Greg Abbott, *in his official capacity as Governor of Texas*; Texas Department of Public Safety; Steven C. McCraw, *in his official capacity as Director of Texas Department of Public Safety*,

*Defendants—Appellants*,

───────────────────────────

Las Americas Immigrant Advocacy Center; American Gateways; County of El Paso, Texas,

*Plaintiffs—Appellees*,

versus

Steven C. McCraw, *in his official capacity as Director of the State of Texas Department of Public Safety*; Bill D. Hicks, *in his official capacity as District Attorney for the 34th District*,

*Defendants—Appellants*.

No. 24-50149

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:24-CV-8
USDC No. 1:23-CV-1537

---

Before RICHMAN, *Chief Judge*, OLDHAM, and RAMIREZ, *Circuit Judges*.

PER CURIAM:

Oral argument is scheduled on March 20, 2024, to consider the Appellants' Motion to Stay Preliminary Injunction Pending Appeal. A majority of the panel has concluded that the administrative stay entered by a motions panel on March 2, 2024, should be lifted. Accordingly,

IT IS ORDERED that the administrative stay of this appeal previously entered by a motions panel on March 2, 2024, is DISSOLVED.

No. 24-50149

A𝐧𝐝𝐫𝐞𝐰 S. O𝐥𝐝𝐡𝐚𝐦, *Circuit Judge*, dissenting:

      A preliminary injunction is an extraordinary remedy that alters the status quo. *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 24 (2008); *Nken v. Holder*, 556 U.S. 418, 429 (2009). A stay preserves the status quo while an appellate court reviews the lawfulness of that alteration. *Nken*, 556 U.S. at 429. Earlier today, the Supreme Court of the United States restored an administrative stay so our panel could review the State's request for emergency relief under Federal Rule of Appellate Procedure 8. *See United States v. Texas*, No. 23A814 (U.S. Mar. 19, 2024) (Mem.). I would leave that stay in place pending tomorrow's oral argument on the question.

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 19, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-50149   USA v. State of Texas
                     USDC No. 1:24-CV-8
                     USDC No. 1:23-CV-1537

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

Ms. Munera Al-Fuhaid
Mr. Spencer Amdur
Mr. Anand Balakrishnan
Mr. Maxwell A. Baldi
Ms. Jo Anne Bernal
Mr. Brian Boynton
Mr. Matt A. Crapo
Mr. Bernardo Rafael Cruz
Mr. Philip Devlin
Ms. Susanna Dokupil
Mr. David A. Donatti
Ms. Heather Lee Dyer
Mr. Lee P. Gelernt
Ms. Tamara Goodlette
Mr. Daniel Hatoum
Ms. Amy Snow Hilton
Ms. Kateland R. Jackson
Mr. Omar C. Jadwat
Ms. Jean Lin
Mr. Joseph N. Mazzara
Mr. Aaron Lloyd Nielson
Mr. William Jeffrey Olson
Mr. Francisco Javier Ortega
Mr. Leif Eric Overvold
Ms. Adriana Cecilia Pinon
Mr. Jacob Przada
Mr. Samuel M. Shapiro
Mr. Kyle Tebo
Mr. Daniel Bentele Hahs Tenny

Mr. Erin D. Thorn
Mr. Ryan Daniel Walters
Mr. Coy Allen Westbrook
Mr. Cody Wofsy