# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>THE STATE OF TEXAS; GREG ABBOTT IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; TEXAS DEPARTMENT OF PUBLIC SAFETY; STEVEN C. MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF TEXAS DEPARTMENT OF PUBLIC SAFETY,<br><br>*Defendants.* | CASE NO. 1:24-CV-00008-DAE (LEAD CASE)<br><br>CONSOLIDATED WITH 1:23-CV-1537-DAE |

### [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO *LAS AMERICAS* PLAINTIFFS' COMPLAINT

Before the Court is the Defendants' Unopposed Motion for Extension of Time to Respond to *Las Americas* Plaintiffs' Complaint. After consideration of the motion, record, and relevant authorities, the Court hereby **GRANTS** the Motion and **EXTENDS** the deadline to file a response to the Plaintiffs' Complaint in Case No. 1:23-cv-1537 by thirty days, from April 1, 2024, to May 1, 2024.

**SO ORDERED** this **20th** day of March, 2024.

_____
**HON. DAVID A. EZRA**
**SENIOR UNITED STATES DISTRICT JUDGE**