# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> THE STATE OF TEXAS; GREG ABBOTT IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; TEXAS DEPARTMENT OF PUBLIC SAFETY; STEVEN C. MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF TEXAS DEPARTMENT OF PUBLIC SAFETY, <br><br> *Defendants.* | CASE NO. 1:24-CV-00008-DAE (LEAD CASE) <br><br> CONSOLIDATED WITH 1:23-CV-1537-DAE |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT OF PLAINTIFF UNITED STATES**

Before the Court is the Defendants' Unopposed Motion for Extension of Time to Respond to Complaint of Plaintiff United States. After consideration of the motion, record, and relevant authorities, the Court hereby **GRANTS** the Motion and **EXTENDS** the deadline to file a response to the Complaint of Plaintiff United States by thirty days, from April 1, 2024, to May 1, 2024.

**SO ORDERED** this **20th** day of March, 2024.

_____
**HON. DAVID A. EZRA**
**SENIOR UNITED STATES DISTRICT JUDGE**