# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>THE STATE OF TEXAS; GREG ABBOTT IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; TEXAS DEPARTMENT OF PUBLIC SAFETY; STEVEN C. MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF TEXAS DEPARTMENT OF PUBLIC SAFETY,<br><br>*Defendants.* | CASE NO. 1:24-CV-00008-DAE (LEAD CASE)<br><br>CONSOLIDATED WITH 1:23-CV-1537-DAE |

**[PROPOSED] ORDER GRANTING JOINT MOTION OF ALL PARTIES TO STAY PROCEEDINGS PENDING APPEAL**

Before the Court is the Joint Motion of all Parties to Stay Proceedings Pending Appeal. After consideration of the Motion, record, and relevant authorities, the Court hereby **GRANTS** the Motion and **STAYS** all deadlines and proceedings in these consolidated cases. Any party may move to lift the stay at any time. The stay shall expire 30 days after issuance of any mandate to this Court from the appeal of the preliminary injunction order (ECF No. 49).

**SO ORDERED** this ___ day of April, 2024.

_____
HON. DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE