Robert B. Halliday III, LTC-Retired USA  
103 McDade Avenue  
Greer, SC 29651  
(941) 284-0871  
rhalliday1@icloud.com

U.S. District Court Western District of Texas  
District Clerk's Office  
501 W 5th Street  
Suite 1100  
Austin, TX 78701

8 May 2024

RECEIVED

MAY 13 2024

CLERK, U S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____KT_____
DEPUTY CLERK

Re: Motion for Leave to File Amicus Curiae Brief

Sir/Ma'am,

I am writing to respectfully request leave to file an amicus curiae brief and evidentiary supplement in the captioned case. As a concerned citizen and a party with a significant interest in the matter at hand, I believe the information contained in the proposed amicus brief and evidentiary supplement will provide valuable insights to the court and aid in the resolution of the issues before it.

The amicus curiae brief and evidentiary supplement addresses crucial issues regarding the appointment and legitimacy of Bill D. Hicks as the 34th Judicial District Attorney. The documents highlight serious concerns about his failure to comply with Texas law and the state constitution, as well as attempts to cover up discrepancies in his appointment process. These issues have direct implications for the integrity of the legal proceedings in this case and the interests of justice.

Furthermore, the amicus brief and evidentiary supplement provide pertinent information regarding ongoing criminal investigations related to Mr. Hicks and his attorney, Francisco Ortega. Given the gravity of these allegations and their potential impact on the administration of justice, I believe it is essential for the court to consider this additional perspective in its deliberations.

I respectfully request that the court grant leave for the filing of the attached amicus curiae brief and evidentiary supplement. I assure the court the brief has been prepared with care and diligence and is intended solely to assist the court in its deliberations.

Thank you for considering this motion. Please do not hesitate to contact me if you require any further information or clarification.

Sincerely,

*[signature]*

Robert B. Halliday III, LTC-R U. S. Army

Enclosures: Amicus Curiae Brief and Evidentiary Supplement

