# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*PLAINTIFFS,*<br><br>v.<br><br>THE STATE OF TEXAS; GREG ABBOTT IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; TEXAS DEPARTMENT OF PUBLIC SAFETY; STEVEN MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF TEXAS DEPARTMENT OF PUBLIC SAFETY<br><br>*DEFENDANTS.* | CASE NO. 1:24-CV-00008-DAE (LEAD CASE)<br><br>CONSOLIDATED WITH 1:23-CV-1537-DAE |

## DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendants file this Unopposed Motion to Withdraw Jacob E. Przada and Heather L. Dyer and would respectfully show the following:

Jacob E. Przada and Heather L. Dyer are currently designated as an attorney of record for Defendants State of Texas, Greg Abbott, Texas Department of Public Safety, and Steven McCraw in the lead case, No. 1:24-cv-8; and for Defendant Steven C. McCraw in No. 1:23-cv-1537 (together, the "State Defendants"). Mr. Przada and Ms. Dyer are no longer with the Office of the Attorney General; therefore, it is necessary to withdraw them from both of these consolidated cases.

State Defendants will continue to be represented by Ryan D. Walters, David Bryant, Susanna Dokupil, Munera Al-Fuhaid, and Kyle S. Tebo.

For the reasons stated above, State Defendants respectfully request that the Court grant this Unopposed Motion to Withdraw Jacob E. Przada and Heather L. Dyer as Counsel and remove Mr. Przada and Ms. Dyer from all further electronic notifications regarding these consolidated cases.

Date: November 18, 2024

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Legal Strategy

Respectfully submitted.

/s/ *Ryan D. Walters*
**RYAN D. WALTERS**
Chief, Special Litigation Division
Tex. State Bar No. 24105085

**DAVID BRYANT**
Senior Special Counsel
Tex. State Bar No. 03281500

**SUSANNA DOKUPIL**
Special Counsel
Tex. State Bar No. 24034419

**MUNERA AL-FUHAID**
Special Counsel
Tex. State Bar No. 24094501

**KYLE S. TEBO**
Special Counsel
Tex. State Bar No. 24137691

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100

Ryan.Walters@oag.texas.gov
David.Bryant@oag.texas.gov
Susanna.Dokupil@oag.texas.gov
Munera.Al-fuhaid@oag.texas.gov
Kyle.Tebo@oag.texas.gov

COUNSEL FOR STATE DEFENDANTS

## CERTIFICATE OF CONFERENCE

I certify that on November 8, 2024, I conferred via email with counsel for Plaintiffs (and Defendant Bill D. Hicks in Case No. 1:23-cv-1537-DAE) regarding the relief requested in this motion. Counsel for Plaintiffs in both consolidated cases and for Defendant Bill D. Hicks stated that they do not oppose this Motion.

*/s/Ryan D. Walters*
**RYAN D. WALTERS**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on November 18, 2024 and that all counsel of record were served by CM/ECF.

*/s/ Ryan D. Walters*
**RYAN D. WALTERS**
