# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*PLAINTIFFS,*<br><br>v.<br><br>THE STATE OF TEXAS; GREG ABBOTT IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; TEXAS DEPARTMENT OF PUBLIC SAFETY; STEVEN MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF TEXAS DEPARTMENT OF PUBLIC SAFETY<br><br>*DEFENDANTS.* | CASE NO. 1:24-CV-00008-DAE (LEAD CASE)<br><br>CONSOLIDATED WITH 1:23-CV-1537-DAE |

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW COUNSEL

On this day, the Court considered Defendants' Unopposed Motion to Withdraw Counsel Jacob E. Przada and Heather L. Dyer as attorneys of record for the State of Texas, Greg Abbott, Texas Department of Public Safety, and Steven C. McCraw in both consolidated cases. After considering the Motion, the Court is of the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Withdraw Jacob E. Przada and Heather L. Dyer as counsel is **GRANTED**. Mr. Przada and Ms. Dyer are hereby withdrawn as counsel of record in both consolidated cases.

SIGNED on this the _____ day of _____, 2024.

_____
HON. DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE