# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>STATE OF TEXAS, GREG ABBOTT, in his official capacity as Governor of Texas, TEXAS DEPARTMENT OF PUBLIC SAFETY, and STEVEN C. MCCRAW, in his official capacity as Director of Texas Department of Public Safety,<br><br>        Defendants,<br>------------------------------------------------------<br>LAS AMERICAS IMMIGRANT ADVOCACY CENTER, AMERICAN GATEWAYS, and COUNTY OF EL PASO, TEXAS,<br><br>        Plaintiffs,<br>vs.<br><br>STEVEN C. MCCRAW, in his official capacity as Director of Texas Department of Public Safety, and BILL D. HICKS, in his official capacity as District Attorney for the 34th District,<br><br>        Defendants. | No. 1:24-cv-00008-DAE<br>(Lead Case)<br><br><br><br><br><br><br><br><br><br><br><br><br>No. 1:23-CV-1537-DAE<br>(consol. case) |

## UNOPPOSED MOTION TO WITHDRAW BRIAN M. BOYNTON AS COUNSEL FOR PLAINTIFF THE UNITED STATES OF AMERICA

Undersigned counsel, Brian M. Boynton of the U.S. Department of Justice, respectfully moves to withdraw his appearance as counsel for Plaintiff the United States of America due to the upcoming conclusion of his employment with the Department of Justice. The United States will continue to be represented by the other attorneys from the Department of Justice who have entered appearances in this case. Counsel for the other parties in this action stated that those parties do not oppose this motion.

Date: January 13, 2025            Respectfully submitted,

/s/ ___*Brian M. Boynton*___
BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General,
 U.S. Department of Justice, Civil Division

JEAN LIN
Special Litigation Counsel
STEPHEN EHRLICH
Trial Attorney
Civil Division, Federal Programs Branch

950 Pennsylvania Ave NW
Washington, DC 20530
202-305-5214
Email: brian.m.boynton@usdoj.gov

*Attorneys for Plaintiff United States*

## **CERTIFICATE OF SERVICE**

I certify that a copy of this filing was served on the other parties to this action and their counsel of record through electronic filing in the Court's ECF system on January 13, 2025.

*/s/ Brian M. Boynton*
Brian M. Boynton
