UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>STATE OF TEXAS, GREG ABBOTT, in his official capacity as Governor of Texas, TEXAS DEPARTMENT OF PUBLIC SAFETY, and STEVEN C. MCCRAW, in his official capacity as Director of Texas Department of Public Safety,<br><br>   Defendants,<br><br>-------------------------------------------------<br><br>LAS AMERICAS IMMIGRANT ADVOCACY CENTER, AMERICAN GATEWAYS, and COUNTY OF EL PASO, TEXAS,<br><br>   Plaintiffs,<br><br>vs.<br><br>STEVEN C. MCCRAW, in his official capacity as Director of Texas Department of Public Safety, and BILL D. HICKS, in his official capacity as District Attorney for the 34th District,<br><br>   Defendants. | No. 1:24-cv-00008-DAE<br>(Lead Case)<br><br><br><br><br><br><br><br><br><br>No. 1:23-CV-1537-DAE (consol. case) |

## ORDER

Upon consideration of the Unopposed Motion to Withdraw Brian M. Boynton as Counsel for Plaintiff the United States of America, the Court hereby GRANTS the Motion. The Clerk is directed to withdraw Mr. Boynton as counsel for the United States.

Date: <u>January 14, 2025</u>

_____
David Alan Ezra
Senior United States District Judge