# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*PLAINTIFFS*,<br><br>v.<br><br>THE STATE OF TEXAS; GREG ABBOTT IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; TEXAS DEPARTMENT OF PUBLIC SAFETY; STEVEN MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF TEXAS DEPARTMENT OF PUBLIC SAFETY<br><br>*DEFENDANTS*. | CASE NO. 1:24-CV-00008-DAE (LEAD CASE)<br><br>CONSOLIDATED WITH 1:23-CV-1537-DAE |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants the State of Texas; Greg Abbott, in his official capacity as Governor of Texas; the Texas Department of Public Safety; and Steven C. McCraw, in his official capacity as Director of the State of Texas Department of Public Safety, file this Notice of Appearance and hereby notify the Court that Ryan G. Kercher appears as counsel in the above-captioned case along with counsel listed below. Mr. Kercher is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is contained in the signature block below.

| | |
|---|---|
| Date: January 28, 2025 | Respectfully submitted. |
| **KEN PAXTON**<br>Attorney General | **DAVID BRYANT**<br>Senior Special Counsel<br>Tex. State Bar No. 03281500 |
| **BRENT WEBSTER**<br>First Assistant Attorney General | **MUNERA AL-FUHAID**<br>Special Counsel<br>Tex. State Bar No. 24094501 |
| **RALPH MOLINA**<br>Deputy First Assistant Attorney General | **KYLE TEBO**<br>Special Counsel |
| **AUSTIN KINGHORN**<br>Deputy Attorney General for Legal Strategy | Tex. State Bar No. 24137691 |
| **RYAN D. WALTERS**<br>Chief, Special Litigation Division<br>Tex. State Bar No. 24105085 | **OFFICE OF THE ATTORNEY GENERAL OF TEXAS**<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100 |
| /s/ *Ryan G. Kercher*<br>**RYAN G. KERCHER**<br>Deputy Chief, Special Litigation Division<br>Texas Bar No. 24060998 | Ryan.Walters@oag.texas.gov<br>Ryan.kercher@oag.texas.gov<br>David.Bryant@oag.texas.gov<br>Munera.Al-fuhaid@oag.texas.gov<br>Kyle.Tebo@oag.texas.gov |
| | **COUNSEL FOR DEFENDANTS** |

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 28, 2025 and that all counsel of record were served by CM/ECF.

/s/ *Ryan G. Kercher*
**RYAN G. KERCHER**