**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*PLAINTIFFS*,<br><br>v.<br><br>THE STATE OF TEXAS; GREG ABBOTT IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; TEXAS DEPARTMENT OF PUBLIC SAFETY; STEVEN MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF TEXAS DEPARTMENT OF PUBLIC SAFETY<br><br>*DEFENDANTS*. | CASE NO. 1:24-CV-00008-DAE (LEAD CASE)<br><br>CONSOLIDATED WITH 1:23-CV-1537-DAE |

**DEFENDANTS'**

Defendants the State of Texas; Greg Abbott, in his official capacity as Governor of Texas; the Texas Department of Public Safety; and Steven C. McCraw, in his official capacity as Director of the State of Texas Department of Public Safety, file this Notice of Appearance and hereby notify the Court that Mark A. Csoros appears as counsel in the above-captioned case along with counsel listed below. Mr. Csoros is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is contained in the signature block below.

Date: January 28, 2025

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Legal Strategy

**RYAN D. WALTERS**
Chief, Special Litigation Division
Tex. State Bar No. 24105085

**RYAN G. KERCHER**
Deputy Chief, Special Litigation Division
Texas Bar No. 24060998

**DAVID BRYANT**
Senior Special Counsel
Tex. State Bar No. 03281500

Respectfully submitted.

**MUNERA AL-FUHAID**
Special Counsel
Tex. State Bar No. 24094501

**KYLE TEBO**
Special Counsel
Tex. State Bar No. 24137691

/s/ *Mark A. Csoros*
**MARK A. CSOROS**
Assistant Attorney General
Texas Bar No. 24142814

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Ryan.Walters@oag.texas.gov
Ryan.kercher@oag.texas.gov
David.Bryant@oag.texas.gov
Munera.Al-fuhaid@oag.texas.gov
Kyle.Tebo@oag.texas.gov
Mark.csoros@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 28, 2025 and that all counsel of record were served by CM/ECF.

/s/ *Mark A. Csoros*
**MARK A. CSOROS**