UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF TEXAS, *et al.*,<br><br>    Defendants. | Case No. 1:24-cv-00008-DAE |
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al.*,<br><br>    Plaintiffs<br><br>v.<br><br>STEVEN C. MCCRAW, *et al.*,<br><br>    Defendants. | Case No. 1:23-CV-1537-DAE |

**UNOPPOSED MOTION TO WITHDRAW KUNTAL CHOLERA AS COUNSEL
FOR PLAINTIFF THE UNITED STATES OF AMERICA**

    Undersigned counsel, Kuntal Cholera of the U.S. Department of Justice, respectfully moves to withdraw his appearance as counsel for Plaintiff United States of America due to the upcoming conclusion of his employment with the Department of Justice. The United States will continue to be represented by the other attorneys from the Department of Justice who have entered appearances in this case.  The other parties in this action do not oppose this motion.

1

/s/ *Kuntal Cholera*
KUNTAL CHOLERA
Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Email: kuntal.cholera@usdoj.gov