UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF TEXAS, *et al.*,<br><br>    Defendants. | Case No. 1:24-cv-00008-DAE |
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al.*,<br><br>    Plaintiffs<br><br>v.<br><br>STEVEN C. MCCRAW, *et al.*,<br><br>    Defendants. | Case No. 1:23-CV-1537-DAE |

**[PROPOSED] ORDER**

Upon consideration of the Unopposed Motion to Withdraw Kuntal Cholera as Counsel for Plaintiff United States of America, the Court hereby **GRANTS** the Motion. The Clerk is directed to withdraw Mr. Cholera as counsel for the United States.

Date: _____        _____
                            David Alan Ezra
                            U.S. District Judge

1