IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*PLAINTIFFS*,<br><br>v.<br><br>THE STATE OF TEXAS; GREG ABBOTT IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; TEXAS DEPARTMENT OF PUBLIC SAFETY; STEVEN MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF TEXAS DEPARTMENT OF PUBLIC SAFETY<br><br>*DEFENDANTS*. | CASE NO. 1:24-CV-00008-DAE (LEAD CASE)<br><br>CONSOLIDATED WITH 1:23-CV-1537-DAE |

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Defendants the State of Texas; Greg Abbott, in his official capacity as Governor of Texas; the Texas Department of Public Safety; and Steven C. McCraw, in his official capacity as Director of the State of Texas Department of Public Safety, file this Unopposed Motion to Withdraw Ryan D. Walters and Amy S. Hilton and would respectfully shows the following:

Ryan D. Walters has accepted a position within the Office of the Attorney General of Texas but outside of the Special Litigation Division handling this litigation.

Amy Hilton accepted a position within the Office of the Attorney General of Texas but outside of the Special Litigation Division handling this litigation.

Defendants will continue to be represented by Ryan G. Kercher, David Bryant, Munera Al-Fuhaid, Kyle Tebo, and Mark A. Csoros.

For the reasons stated above, Defendants Greg Abbott, in his official capacity as Governor of Texas and the State of Texas respectfully request that the Court grant this Unopposed Motion

to Withdraw Ryan D. Walters and Amy S. Hilton as Counsel and remove Mr. Walters and Ms. Hilton from all further electronic notifications regarding this case.

| | |
|---|---|
| Date: January 31, 2025 | Respectfully submitted. |
| **KEN PAXTON**<br>Attorney General | **MUNERA AL-FUHAID**<br>Special Counsel<br>Tex. State Bar No. 24094501 |
| **BRENT WEBSTER**<br>First Assistant Attorney General | **KYLE TEBO**<br>Special Counsel<br>Tex. State Bar No. 24137691 |
| **RALPH MOLINA**<br>Deputy First Assistant Attorney General | **MARK A. CSOROS**<br>Assistant Attorney General<br>Texas Bar No. 24142814 |
| **AUSTIN KINGHORN**<br>Deputy Attorney General for Legal Strategy | |
| **RYAN G. KERCHER**<br>Deputy Chief, Special Litigation Division<br>Texas Bar No. 24060998 | **OFFICE OF THE ATTORNEY GENERAL OF TEXAS**<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100 |
| /s/ *David Bryant*<br>**DAVID BRYANT**<br>Senior Special Counsel<br>Tex. State Bar No. 03281500 | Ryan.kercher@oag.texas.gov<br>David.Bryant@oag.texas.gov<br>Munera.Al-fuhaid@oag.texas.gov<br>Kyle.Tebo@oag.texas.gov<br>Mark.csoros@oag.texas.gov |
| | **COUNSEL FOR DEFENDANTS** |

**CERTIFICATE OF CONFERENCE**

I certify that on January 30, 2025, I conferred via email with all counsel of record regarding the relief requested in this motion. Counsel for Plaintiff stated that they do not oppose the motion.

*/s/ David Bryant*
**DAVID BRYANT**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 31, 2025 and that all counsel of record were served by CM/ECF.

*/s/ David Bryant*
**DAVID BRYANT**
