## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. STATE OF TEXAS, et al., *Defendants.* ------------------------------------------------------- LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; and THE COUNTY OF EL PASO, TEXAS, *Plaintiffs,* v. STEVEN C. MCCRAW, in his official capacity as Director of the State of Texas Department of Public Safety, and BILL D. HICKS, in his official capacity as District Attorney for the 34th District, *Defendants.* | **CASE NO. 1:24-cv-00008-DAE (LEAD CASE)** CONSOLIDATED WITH 1:23-cv-01537-DAE |

1

## [PROPOSED] **ORDER**

Upon consideration of the Unopposed Motion to Withdraw Tamara F. Goodlette as Counsel for Plaintiffs Las Americas Immigrant Advocacy Center and American Gateways, the Court hereby GRANTS this Motion. The Clerk is directed to withdraw Tamara F. Goodlette as counsel for Las Americas Immigrant Advocacy Center and American Gateways.

Date: _____

_____
David Alan Ezra
Senior United States District Judge