UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>      Defendants. | Case No. 1:24-cv-00008-DAE |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff the United States of America hereby voluntarily dismisses the above-captioned action.

Dated: March 18, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

*/s/ Jean Lin*
JEAN LIN
Special Litigation Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone:  202 514-3716
Email:  jean.lin@usdoj.gov

Samuel M. Shapiro
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216
samuel.shapiro@usdoj.gov
Tel: (210) 384-7392

Attorneys for the United States

## CERTIFICATE OF SERVICE

    I hereby certify that on March 18, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF system, which automatically transmits notice of electronic filing to registered participants in the ECF system.


                                                  */s/ Jean Lin*
                                                  JEAN LIN