UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| American Gateways, County of El | § | |
| Paso, Texas, Las Americas Immigrant | § | |
| Advocacy Center, Carl Starr, | § | NO:   AU:24-CV-00008-DAE |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | |
| State of Texas, et al. | § | |
| | | |
| Defendants. | | |

## ORDER SETTING STATUS CONFERENCE

It is hereby ORDERED that the above entitled and numbered case is set for a **in person** STATUS CONFERENCE before Senior U.S. District Judge David Alan Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, April 03, 2025 at 01:30 PM**.

IT IS SO ORDERED.

DATED: Austin, Texas March 21, 2025.


_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE