# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § Plaintiff, § § v. § § STATE OF TEXAS *et al.*, § § Defendants. § §_____ § § LAS AMERICAS IMMIGRANT § ADVOCACY CENTER; AMERICAN § GATEWAYS; and THE COUNTY OF EL § PASO, TEXAS, § § Plaintiffs, § § v. § § STEVEN C. McCRAW, in his Official § Capacity as Director of the State of Texas § Department of Public Safety, and JAMES § MONTOYA, in his Official Capacity as § District Attorney for the 34th District, § § Defendants. § | Cause No.: 1-23-CV-1537-DAE<br><br>CONSOLIDATED WITH<br>Cause No.: 1:24-CV-00008-DAE<br>(Lead Case) |

## DEFENDANT DISTRICT ATTORNEY FOR THE 34TH DISTRICT'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, District Attorney for the 34th District ("Defendant"), and files this Unopposed Motion for Substitution of Counsel and in support thereof would respectfully show the Court as follows:

**I.**

1. Defendant requests that Rebecca Estrada Quinn and Ballard Coldwell Shapleigh with the El Paso District Attorney's Office be substituted for attorney Francisco J. Ortega with the law firm of ScottHulse, PC in the representation of Defendant.

2. Defendant designates Rebecca Estrada Quinn and Ballard Coldwell Shapleigh as the attorneys in charge for Defendant and requests that all further notices, pleadings, correspondences, communications, and file documents be forwarded to their attention. Their contact information is set forth below:

> Rebecca Estrada Quinn
> Texas Bar No. 00787444
> Ballard Coldwell Shapleigh
> Texas Bar No. 18113400
> El Paso District Attorney's Office
> 500 E. San Antonio, Suite 201
> El Paso, Texas 79901
> (915) 546-2059

3. This case is scheduled for jury trial on July 8, 2025.

4. The Court has scheduled an in-person status conference on April 3, 2025.

5. Defendant files this motion for good cause and not for the purpose of delay.

6. Plaintiff's counsel advised new counsel that he is unopposed to this Motion.

**II.**

Accordingly, for these reasons, Defendant District Attorney for the 34th District respectfully requests that the Court grant his Unopposed Motion for Substitution of Counsel and grant such further relief, at law or in equity, to which Defendant may be justly entitled.

Respectfully submitted,

**S**COTT**H**ULSE<sup>PC</sup>
One San Jacinto Plaza
201 E. Main, Suite 1100
P.O. Box 99123
El Paso, Texas 79999-9123
(915) 533-2493
(915) 546-8333 Telecopier
fort@scotthulse.com


By: */s/ Francisco J. Ortega*
    **FRANCISCO J. ORTEGA**
    State Bar No. 24060365
    fort@scotthulse.com
    *Attorney for Defendant*
    *District Attorney for the 34th District*


## CERTIFICATE OF SERVICE

I hereby certify that, on the 28th day of March, 2025, a copy of this filing was served on the other parties to this action and their counsel of record through electronic filing in the CM/ECF system.

/s/ *Francisco J. Ortega*
**FRANCISCO J. ORTEGA**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § § v. § § STATE OF TEXAS *et al.*, § § Defendants. § ———————————————— § § LAS AMERICAS IMMIGRANT § ADVOCACY CENTER; AMERICAN § GATEWAYS; and THE COUNTY OF EL § PASO, TEXAS, § § Plaintiffs, § § v. § § STEVEN C. McCRAW, in his Official § Capacity as Director of the State of Texas § Department of Public Safety, and JAMES § MONTOYA, in his Official Capacity as § District Attorney for the 34th District, § § Defendants. § | Cause No.: 1-23-CV-1537-DAE  CONSOLIDATED WITH Cause No.: 1:23-CV-00008-DAE (Lead Case) |

## ORDER GRANTING DEFENDANT DISTRICT ATTORNEY FOR THE 34TH DISTRICT'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

On this day, the Court considered Defendant District Attorney for the 34th District's Unopposed Motion for Substitution of Counsel in the above-captioned cause. After due consideration, the Court is of the opinion that the Motion should be granted.

Accordingly, IT IS ORDERED that Defendant District Attorney for the 34th District's Unopposed Motion for Substitution of Counsel is GRANTED.

4

IT IS FURTHER ORDERED that counsel Francisco J. Ortega of ScottHulse, P.C. is WITHDRAWN as counsel of record for Defendant District Attorney for the 34th District.

IT IS FINALLY ORDERED that Rebecca Estrada Quinn and Ballard Coldwell Shapleigh with the El Paso District Attorney's Office be substituted as counsel of record for Defendant District Attorney for the 34th District.

SIGNED on this \_\_\_\_\_ day of _____ 2025.

_____
**HONORABLE DAVID A. EZRA**
**SENIOR U.S. DISTRICT JUDGE**