IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | No. 1:24-cv-00008-DAE |
| Plaintiff, | § § § | |
| v. | § § | |
| STATE OF TEXAS; GREG ABBOTT, in his official capacity as Governor of Texas; TEXAS DEPARTMENT OF PUBLIC SAFETY; and STEVEN C. MCCRAW, in his official capacity as Director of Texas Department of Public Safety, | § § § § § § § § § § § | |
| Defendants. | § | |

<u>CASE CLOSING ORDER</u>

On March 18, 2025, Plaintiff the United States filed its Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismissing without prejudice the above-captioned action. (Dkt. # 79.)

1

The Clerk is therefore **INSTRUCTED TO CLOSE THE CASE**.

**IT IS SO ORDERED.**

**DATED**: Austin, Texas, April 3, 2025.

_____
David Alan Ezra
Senior United States District Judge