

# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 03, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-50149   USA v. State of Texas
                      USDC No. 1:24-CV-8
                      USDC No. 1:23-CV-1537

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Jasmine J. Forman, Deputy Clerk

Ms. Munera Al-Fuhaid
Mr. Spencer Amdur
Mr. Anand Balakrishnan
Mr. Maxwell A. Baldi
Mr. Brian Boynton
Mr. Monroe David Bryant Jr.
Mr. Matt A. Crapo
Mr. Bernardo Rafael Cruz
Mr. Philip Devlin
Ms. Susanna Dokupil
Mr. David A. Donatti
Mr. Thomas Elliot Gaiser
Mr. Lee P. Gelernt
Mr. Daniel Hatoum
Ms. Amy Snow Hilton
Mr. Omar C. Jadwat
Ms. Jean Lin
Mr. Aaron Lloyd Nielson
Ms. Sinead Mary O'Carroll
Mr. William Jeffrey Olson
Mr. Leif Eric Overvold
Ms. Adriana Cecilia Pinon
Mr. Jacob Przada
Mr. Samuel M. Shapiro
Mr. Kyle Tebo
Mr. Daniel Bentele Hahs Tenny
Mr. Erin D. Thorn
Mr. Ryan Daniel Walters
Mr. Cody Wofsy