# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>STATE OF TEXAS, et al.,<br><br>*Defendants.* | CASE NOS. 1:24-cv-00008-DAE (LEAD CASE)<br><br>CONSOLIDATED WITH 1:23-cv-01537 |
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; and THE COUNTY OF EL PASO, TEXAS,<br><br>*Plaintiffs*,<br><br>v.<br><br>STEVEN C. MCCRAW, in his official capacity as Director of the State of Texas Department of Public Safety, and BILL D. HICKS, in his official capacity as District Attorney for the 34th District,<br><br>*Defendants*. | |

**MOTION TO WITHDRAW WAFA JUNAID AS COUNSEL FOR PLAINTIFFS AMERICAN GATEWAYS, COUNTY OF EL PASO AND LAS AMERICAS IMMIGRANT ADVOCACY CENTER**

Undersigned counsel, Wafa Junaid, respectfully moves to withdraw her appearance as counsel for Plaintiffs American Gateways, County of el Paso, and Las Americas Immigrants Advocacy Center due to the conclusion of her employment with the American Civil Liberties Union Immigrants' Rights Project. Plaintiffs will continue to be represented by the other attorneys from the American Civil Liberties Union who have entered appearances in this case.

Date: June 26, 2025                                             Respectfully submitted,

/s/ Wafa Junaid
Wafa Junaid

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2025, I electronically filed the foregoing with the Clerk of Court by using the District Court CM/ECF system. A true and correct copy of this document has been served via the Court's CM/ECF system on all counsel of record.

*/s/ Wafa Junaid*
Wafa Junaid