**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>STATE OF TEXAS, et al.,<br><br>    *Defendants.*<br><br>——————————————<br><br>LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; and THE COUNTY OF EL PASO, TEXAS,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>STEVEN C. MCCRAW, in his official capacity as Director of the State of Texas Department of Public Safety, and BILL D. HICKS, in his official capacity as District Attorney for the 34th District,<br><br>    *Defendants*. | CASE NOS. 1:24-cv-00008-DAE (LEAD CASE)<br><br>CONSOLIDATED WITH 1:23-cv-01537 |

**MOTION TO WITHDRAW WAFA JUNAID AS COUNSEL FOR PLAINTIFFS**
**AMERICAN GATEWAYS, COUNTY OF EL PASO AND LAS AMERICAS**
**IMMIGRANT ADVOCACY CENTER**

**[PROPOSED] ORDER**

Upon consideration of the Motion to Withdraw of Wafa Junaid as Counsel for Plaintiffs American Gateways, County of El Paso, Las Americas Immigrant Advocacy Center, the Court hereby GRANTS the Motion. The Clerk is directed to withdraw Mrs. Wafa Junaid as counsel for Plaintiffs American Gateways, County of El Paso, Las Americas Immigrant Advocacy Center

Date: _____        _____

David Alan Ezra

Senior United States District Judge