# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 15, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-50149   USA v. State of Texas
                      USDC No. 1:24-CV-8
                      USDC No. 1:23-CV-1537

Enclosed is an order entered in this case.

The court has granted an extension of time to and including July 31, 2025 for filing a petition for rehearing in this case.

You are reminded that we must actually receive any petition for rehearing in this office by the due date.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Jasmine J. Forman, Deputy Clerk

Ms. Munera Al-Fuhaid
Mr. Spencer Amdur
Mr. Anand Balakrishnan
Mr. Monroe David Bryant Jr.
Mr. William Francis Cole
Mr. Matt A. Crapo
Mr. Bernardo Rafael Cruz
Mr. Philip Devlin
Ms. Susanna Dokupil
Mr. David A. Donatti
Mr. Thomas Elliot Gaiser
Mr. Lee P. Gelernt
Mr. Daniel Hatoum
Ms. Amy Snow Hilton
Mr. Omar C. Jadwat
Ms. Sinead Mary O'Carroll
Mr. William Jeffrey Olson
Mr. Daniel Ortner
Mr. William R. Peterson
Ms. Adriana Cecilia Pinon
Mr. Jacob Przada
Mr. Kyle Tebo
Mr. Erin D. Thorn

Mr. Ryan Daniel Walters
Mr. Cody Wofsy