# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 19, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-50149   USA v. State of Texas
                    USDC No. 1:24-CV-8
                    USDC No. 1:23-CV-1537

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Jasmine J. Forman, Deputy Clerk

Ms. Munera Al-Fuhaid
Mr. Spencer Amdur
Mr. Anand Balakrishnan
Mr. Monroe David Bryant Jr.
Mr. William Francis Cole
Mr. Matt A. Crapo
Mr. Bernardo Rafael Cruz
Mr. Philip Devlin
Ms. Susanna Dokupil
Mr. David A. Donatti
Mr. Lee P. Gelernt
Mr. Daniel Hatoum
Ms. Amy Snow Hilton
Ms. Kathryn Huddleston
Mr. Omar C. Jadwat
Ms. Sinead Mary O'Carroll
Mr. William Jeffrey Olson
Mr. Daniel Ortner
Mr. William R. Peterson
Ms. Adriana Cecilia Pinon
Mr. Jacob Przada
Ms. Mathura Sridharan
Mr. Kyle Tebo
Mr. Erin D. Thorn
Mr. Ryan Daniel Walters
Mr. Cody Wofsy