# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 15, 2026

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 24-50149   USA v. State of Texas
                     USDC No. 1:24-CV-8
                     USDC No. 1:23-CV-1537

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                Sincerely,

                LYLE W. CAYCE, Clerk

                *Lisa E. Ferrara*

        By: _____
            Lisa E. Ferrara, Deputy Clerk
            504-310-7675

cc:
    Ms. Munera Al-Fuhaid
    Mr. Spencer Amdur
    Mr. Anand Balakrishnan
    Mr. Maxwell A. Baldi
    Mr. Brian Boynton
    Mr. Monroe David Bryant Jr.
    Mr. William Francis Cole
    Mr. Justin Cox
    Mr. Matt A. Crapo
    Mr. Bernardo Rafael Cruz
    Ms. Susanna Dokupil
    Mr. David A. Donatti
    Mr. Lee P. Gelernt
    Ms. Kate Gibson Kumar
    Mr. Garrett M. Greene
    Mr. Daniel Hatoum
    Mr. Benjamin Timothy Hayes
    Ms. Amy Snow Hilton
    Ms. Kathryn Huddleston
    Mr. Omar C. Jadwat
    Ms. Jean Lin
    Ms. Sinead Mary O'Carroll

Mr. William Jeffrey Olson
Mr. Daniel Ortner
Mr. Leif Eric Overvold
Mr. William R. Peterson
Ms. Adriana Cecilia Pinon
Mr. Jacob Przada
Mr. Samuel M. Shapiro
Ms. Mathura Sridharan
Mr. Kyle Tebo
Mr. Daniel Bentele Hahs Tenny
Mr. Ryan Daniel Walters
Mr. Cody Wofsy